ACCEPTED
04-13-00757-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/13/2015 3:31:40 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-13-00757-CV

IN THE COURT OF APPEALS FOR

THE FOURTH DISTRICT AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/13/2015 3:31:40 PM
KEITH E. HOTTLE
Clerk

**Michael Tatsch,**
*Appellant,*

v.

**Chrysler Group LLC and**
**Infinity County Mutual Insurance Company,**
*Appellees.*

On Appeal from the
216th Judicial District Court of Gillespie County, Texas
Trial Court Cause No. 12977

## ADVISORY TO COURT REGARDING VACATION

TO THE HONORABLE JUDGE OF SAID COURT:

1.      Appellee Chrysler Group LLC, now known as FCA US LLC, hereby notifies the Court and all counsel of record in the above referenced civil action that said Appellee's attorney-in-charge Matthew R. Beatty, will be on vacation from June 6, 2015 through June 18, 2015.

2.      As such, said Appellee requests that no hearings or other similar matters be set during that time.

Respectfully submitted,

**BEATTY BANGLE STRAMA PC**
400 West 15th Street, Suite #1450
Austin, TX 78701
(512) 879-5050
(512) 879-5040 (FAX)


By: ____/s/ Matthew R. Beatty_____
     Matthew R. Beatty
     State Bar No. 24001169
     mbeatty@bbsfirm.com
     David A. Polsinelli
     State Bar No. 24088238
     dpolsinelli@bbsfirm.co

**ATTORNEYS FOR APPELLEE CHRYSLER GROUP LLC,
NOW KNOWN AS FCA US LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel by fax in accordance with Texas Rule of Appellate Procedure 9.5 and this Court's Local Rules on February 13, 2015:

Craig M. Patrick
Patrick Law Firm, PC
3333 Lee Parkway, Suite #600
Dallas, TX 75219
(214) 665-9510
(214) 665-9511 (FAX)

Sharla J. Frost
Gwendolyn S. Frost
Shawn D. Golden
Wilson Elser Moskowitz Edelman & Dicker LLP
Two Houston Center
909 Fannin, Suite 3300
Houston, Texas  77010
(713) 353-2000
(713) 785-7780 (FAX)

    /s/  Matthew R. Beatty
Matthew R. Beatty
David A. Posinelli